# **EXHIBIT A**

Completed prior to January 1, 2013

| Violation | Violation Status |
|---|---|
| Failed to provide wall switch controlled lighting outlet in equipment room. | Completed-installed light switch in elevator machine room. |
| Failed to provide each tenant with a clear written description of the actions that building occupants should take in an emergency. | Completed-evacuation plan posted on the backside of each apartment door. |
| Failed to identify each interior stairwell on each floor by alphabetical or directional lettering which shall be a minimum of six inches in height. | Completed-identification signage installed. |
| Failed to post on the occupancy side, at every stairwell door, information indicating floor re-entry location. | Completed-signage installed. |
| Failed to permanently mark and identify every elevator car to correspond with the building's car position indicator. | Completed-identification signage installed. |
| Failed to provide approved type fire extinguisher(s). | Completed-fire extinguisher installed at end of west corridor. |
| Failed to provide required smoke detectors. | Completed-smoke detector installed at each corridor. |
| Failed to secure all supply gate valves in an open position. | Completed-gate valves secured. |
| Failed to maintain and repair electric elevator equipment provided at premises in safe and sound working condition. | Completed-floor covering completed in passenger elevators. |
| Failed to permanently mark each elevator car location within each car and adjacent to or on each elevator entrance. | Completed-identification signage installed. |
| Failed to provide accessibility features for elevator equipment. | Completed-Braille tags installed in all elevator cars. |
| Failed to maintain and repair electric elevator equipment provided at premises in safe and sound working condition. | Completed-repaired service elevator alarm bell. |
| Failed to provide fire extinguisher. | Completed-installed fire extinguisher in service elevator machine room. |
| Failed to properly identify elevator at required locations | Completed-stenciled landing doors at all landings for each elevator car. |
| Failed to maintain and repair electric elevator equipment provided at premises in safe and sound working condition. | Completed-provided proper clearance for both passenger elevator controllers. |
| Failed to maintain properly charged fire extinguisher and to attach tag which clearly indicates recharge date and signature of the person who performed the recharge. | Completed-fire extinguishers inspected and new service tags installed. |
| Failed to maintain building in rat-stopped and rat-free conditions. | Completed-wall openings in common areas and living areas repaired. |
| Failed to exterminate rodents in building and seal openings through which they gain access. | Completed-building exterminated and openings sealed. |
| Failed to install and maintain approved smoke detectors. | Completed-approved smoke detectors installed in all common halls and living units. |

| | |
|---|---|
| Failed to maintain interior walls, ceilings and woodwork free from flaking, peeling, chipped or loose paint. | Completed-flaking and damaged paint surfaces in common areas scraped and sanded. |
| Failed to keep premises clean, sanitary and safe. | Completed-common area carpets cleaned. |
| Failed to stop noxious odors from permeating dwelling or premises. | Completed-rubbish and debris removed from common areas. |
| Failed to exterminate insects, rodents or other pests and keep dwelling pest-free. | Completed-building exterminated for insects, rodents and other pests. |
| Failed to provide and maintain every facility, piece of equipment or utility in safe and sound working condition. | Completed-damaged heat register covers replaced. |
| Failed to remove multiple conductor termination from device designed for single. | Completed-mini breakers removed from 14th floor distribution panel. |
| Failed to install cover on outlet or junction box. | Completed-closed junction boxes located in 14th floor fan rooms and throughout basement areas |
| Failed to repair or replace defective faucet. | Completed-tub spouts made flush on all unit turns. |
| Failed to repair or replace defective faucet. | Completed-tub handles replaced, where needed, throughout building. |
| Failed to provide or replace defective toilet seat. | Completed-replaced toilet seats where necessary throughout building. |
| Failed to repair or replace defective faucet. | Completed-repaired lavatory faucets, where needed, throughout building. |
| Failed to repair or replace defective joints. | Completed-installed missing tub overflow covers and drain plugs, where needed, throughout building. |
| Failed to install plumbing fixture of proper material. | Completed-damaged tub walls repaired/replaced, as needed, throughout building. |
| Failed to remove defective pipe, fitting or fixture. | Completed-re-piped vent stack in 14th floor storage room with cast iron pipe and fitting. Removed 4" PVC pipe at 12th floor laundry room. |
| Failed to repair or replace defective waste pipe. | Completed-re-piped duel ejector system in basement with proper sized pumps and pipe. |
| Locked or fastened doors or means of exit from occupied space in manner which does not permit opening without a key or special knowledge. | Completed-removed dead bolts from north and south fire escape doors on all floors. |
| Failed to provide hard wired smoke detectors in all locations required for single room occupancy buildings. | Completed-installed approved smoked detectors in all common areas and living units. |
| Failed to provide carbon monoxide detectors where required. | Completed-installed approved carbon monoxide detectors in all living units and in boiler room. |
| Placed, stored or kept combustible materials in a location where the ignition or burning of such materials, fluids or compounds would obstruct or render hazardous the egress from the building. | Completed-combustible materials removed from below basement stairway. |

| | |
|---|---|
| Failed to maintain fire protection equipment in safe and sound working condition. | Completed-repaired leaking control valve in basement. |
| Failed to provide self-closing Class 'B' labeled fire door assembly to room where rubbish is discharged. | Completed-installed approved self-closing class 'B' door in boiler room. |
| Failed to provide self-closing Class 'B' labeled fire door assembly to room where rubbish is discharged. | Completed-installed approved self-closing class 'B' door in trash compactor room. |
| Failed to maintain fire door in safe and sound working condition. | Completed-repaired fire door to elevator machine room. |
| Failed to prevent rubbish from accumulating inside or outside of building. | Completed-trash and debris removed from theater/storage area at 14th floor. |
| Failed to abate fire hazard. | Completed-removed extension cords throughout building. |
| Failed to maintain premises in clean, sanitary and safe condition. | Completed-overabundance of materials/possessions/debris removed from various units throughout building. |
| Failed to maintain premises free from and exterminate any insects, rodents or other pests. | Completed-living units and common areas exterminated. |
| Failed to maintain basement in clean, sanitary and safe condition. | Completed-removed stagnant water from basement. |
| Failed to maintain interior walls and ceilings free from holes and cracks. | Completed-repaired walls and ceiling in unit 616; abated mold and painted 11th floor laundry room walls and ceiling. |
| Failed to exterminate insects, rodents or other pests and keep dwelling pest-free. | Completed-exterminated applicable Unit. |
| Failed to prevent rubbish from accumulating inside or outside of building. | Completed-trash and debris removed from applicable Unit. |
| Failed to stop noxious odors from permeating dwelling or premises. | Completed-trash and debris removed from applicable Unit . |
| Failed to clean materials, debris, dirt and dust from cab top for elevator. | Completed-clean all debris and dirt from cab top for elevators. |
| Failed to remove accumulated debris from pit for elevator. | Completed-accumulated trash and debris removed from all elevator pits and cars. |
| Failed to obtain, frame and/or display certificate of inspection for elevator | Completed-certificate frames installed in all elevators. |
| Failed to maintain signage | Completed-installed signage at both elevator machine room doors; installed signage at west passenger elevator pit door; identify crosshead on all elevator cars. |