UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

FirstMerit Bank, N.A.
                        Plaintiff,

v.                                                    Case No.: 1:12–cv–00572
                                                    Honorable Jeffrey T. Gilbert

2200 North Ashland, LLC, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 29, 2015:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 12/29/15 and continued to 1/12/16 at 10:30 a.m. By agreement of the parties, the date for Plaintiff to serve its Rule 26(a)(2) report is extended to 1/12/16. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.