# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

FirstMerit Bank, N.A.

                                         Plaintiff,

v.                                                             Case No.: 1:12–cv–00572
                                                                        Honorable Jeffrey T. Gilbert

2200 North Ashland, LLC, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 11, 2016:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Due to a scheduling conflict, the status hearing set for 1/12/16 at 10:30 a.m. is reset to 1/21/16 at 11:00 a.m. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.